# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**521**
**CAF 14-00466**
PRESENT: CENTRA, J.P., CARNI, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF DREW F.-C.,
RESPONDENT-APPELLANT.

----------------------------

ORDER

GENESEE COUNTY ATTORNEY,
PETITIONER-RESPONDENT.
(APPEAL NO. 1.)

---

PAUL B. WATKINS, ATTORNEY FOR THE CHILD, FAIRPORT, FOR
RESPONDENT-APPELLANT.

CHARLES N. ZAMBITO, COUNTY ATTORNEY, BATAVIA (DURIN B. ROGERS OF
COUNSEL), FOR PETITIONER-RESPONDENT.

----------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Genesee County (Eric R.
Adams, J.), entered February 10, 2014 in a proceeding pursuant to
Family Court Act article 3. The order, among other things, placed
respondent in a limited secure facility with an onsite mental health
component/program.

Now, upon reading and filing the stipulation of discontinuance
signed by appellant, and by the attorneys for the parties on February
5 and 9, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed
without costs upon stipulation.

Entered: May 1, 2015
Frances E. Cafarell
Clerk of the Court